IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.: |
| | : | Magistrate No.: 05-375M-01 |
| | : | |
| | : | |
| **CARLOS GRANDE CHAVEZ,** | : | VIOLATION: |
| | : | |
| Defendant | : | 8 U.S.C. § 1326(a) |
| | : | (Reentry of Alien Deported |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about June 25, 2005, in the District of Columbia, the defendant, **CARLOS GRANDE CHAVEZ**, an alien who had previously been denied admission, excluded, deported or removed therefrom, was unlawfully present in the United States, having been found in Washington, D.C. The said defendant had not obtained the consent of the Attorney General of the United States for re-application by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

(**Unlawful Reentry of a Removed Alien,** in violation of Title 8, United States Code, Section 1326(a).

        KENNETH L. WAINSTEIN
        United States Attorney
        District of Columbia
        D.C. Bar # 451-058

By:  _____
        HEIDI M. PASICHOW
        Assistant United States Attorney
        D.C. Bar # 370-686, Transnational Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 514-7533