# AMENDED

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Carlos Grande Chavez
also known as Carlos Chavez
also known as "Snoopy"

I, Akil R. Baldwin, after being duly sworn, depose and state:

1. I am a Special Agent (SA) with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) formerly known as the Immigration and Naturalization Service (INS). I am currently assigned to the Investigative Division for the SAC/DC Office. As part of my official duties, I investigate Administrative and Criminal violations of the Immigration and Nationality Act, and other related statutes.

2. This affidavit contains information in support of a criminal complaint and arrest warrant, charging Carlos Grande Chavez, also known as Carlos Chavez, also known as "Snoopy"; (hereinafter Grande Chavez) with being an alien, as defined under Title 8, United States Code, Section 1101(a)(3), who was arrested and previously deported from the United States, after being convicted in 2003 of Tampering With a Vehicle in the General District Court at Fairfax County, Virginia, and who has been found in the United States after having been previously deported and without having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security or his authorized delegate for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

3. The facts and information contained in this affidavit are based on personal knowledge, as well as observations of other agents and officers involved in this investigation. This affidavit contains information necessary to support probable cause

and is not intended to include each and every fact and matter observed by or known to the government.

4. Based on the information set forth below, I have reason to believe that GRANDE CHAVEZ is an illegal alien in the United States. I have reviewed his alien registration file, A94 496 494, and it reveals that he is a native and citizen of El Salvador. The subject has a prior criminal conviction in Fairfax County, Virginia, and was deported from the United States on March 12, 2004.

5. On or about September 10, 2003 GRANDE CHAVEZ was convicted in the General District Court at Fairfax County, Virginia for the offense of Tampering with a Vehicle and sentenced to 360 days incarceration.

6. On March 12, 2004, GRANDE CHAVEZ was deported from the United States to El Salvador at San Ysidro, California.

7. On June 25, 2005 ATF Agents of the High Intensity Drug Trafficking Area Task force conducted a search warrant at 3925 14th Street Northwest, Washington DC. Subject was located at the residence and interviewed by ICE agents to determine alienage and deportability. Subject admitted to being deported and re-entering the United States illegally. ICE agents contacted the Law Enforcement Support Center to perform ICE indices. ICE indices revealed that Chavez Grande was an alien who was previously deported from the United States.

8. GRANDE CHAVEZ was advised of his administrative rights and Miranda warnings; GRANDE CHAVEZ waived his rights and provided a sworn statement. In that statement, GRANDE CHAVEZ stated that he re-entered the United States illegally. Secondly, GRANDE CHAVEZ stated that he was deported from the United States.

Lastly, GRANDE CHAVEZ stated that he re-entered the United States without having applied for permission from the Secretary of Homeland Security or his authorized delegate.

9.      On June 27, 2005, GRANDE CHAVEZ's fingerprints were taken and submitted to the FBI'S Criminal Justice Information Services Division. The FBI Number that matched the submitted fingerprints is 239422XB5. Records in the alien registration file of GRANDE CHAVEZ indicate that the prior deported alien's FBI Number is also 239422XB5.

10.     On June 27, 2005, I contacted the Record Certification Unit at ICE Headquarters and requested a certificate of non-existence of permission to re-enter the United States after deportation/removal.

11.     Based on the above-mentioned information, I believe I have probable cause that Carlos GRANDE CHAVEZ, also known as Carlos CHAVEZ, also known as "Snoopy"; is an alien who was arrested and previously deported from the United States, after being convicted of Tampering With A Vehicle and has been found in the District of Columbia without having obtained the express consent of the Attorney General of the United States

or the Secretary of Homeland Security or his authorized delegate for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a).

_____
Akil Baldwin, Special Agent
Department of Homeland Security
Immigration and Customs Enforcement

Subscribed and sworn to, before me, this           day of July 2005.

_____
United States Magistrate Judge