AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF ⎯⎯⎯⎯⎯⎯⎯⎯

**FILED**
AUG 1 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Carlos Grande Chavez

WAIVER OF INDICTMENT

CASE NUMBER: ~~05-375M~~ 05-285-JGP

I, _Carlos ~~Chavez~~ Grande-Chavez_, the above named defendant, who is accused of

_Re-entry of Alien Deported, in violation of 8 USC § 1326(a),_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __August 11, 2005__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____