UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-0285 (JGP) |
| ) | |
| CARLOS GRANDE CHAVEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

FILED
AUG 1 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

This case came before the Court for a plea hearing on August 11, 2005. Upon pleading guilty to violating 8 U.S.C. § 1326(a) Unlawful Reentry of Removed Alien, defendant moved to waive the production of a Presentence Report in order to expedite sentencing. The government objected to defendant's request arguing that the information in the Pretrial Service Report has not been verified. The Court denied defendant's request, and set the sentencing to allow for the production of a Presentence Report. Accordingly, it is hereby

ORDERED that a sentencing shall be held in this case on **October 26, 2005 at 10:00 A.M.**, in Courtroom 15.

Date: August 11, 2005                                    JOHN GARRETT PENN
                                                         United States District Judge



**RECEIVED**

AUG 1 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT